1  Cynthia E. Gitt     State Bar No. : 60369
   cgitt@browngitt.com
2  Katarzyna Nowak   State Bar No. : 256977
3  knowak@browngitt.com
   **BROWN GITT LAW GROUP LLP**
4  300 North Lake Avenue Suite 200
   Pasadena, CA 90111
5  Telephone:  626.229.1919
6  Fax:           626.229.1917

7

8

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11  DIGITAL MEDIA INTERNATIONAL, INC., | CASE NO.: C 10-01341 SC
12  DIGITAL MEDIA EXCHANGE INC.,
                                       | STIPULATION AND ORDER FOR
13          Plaintiffs,                | CONTINUATION OF INITIAL
                                       | CASE MANAGEMENT
14  v.                                 | CONFERENCE AND ADR
15  TUKKO GAMES, et al                 | DEADLINES
16
17          Defendants.
18
19
20

21  IT IS HEREBY STIPULATED by and between the Plaintiff DIGITAL MEDIA

22  INTERNATIONAL, INC. and Defendants ASHTON WOLFSON and TUKKO GAMES,

23  that:

24  1.    The March 30, 2010 Case Management Order be vacated; and that the Initial Case

25  Management Conference set for July 9, 2010 in Courtroom 1, at 10:00 AM be continued

26  until ~~the next available conference date after August 31, 2010; and~~   September 17, 2010;

27  2.    That the Rule 26(f) and all ADR Local Rule requirements be changed and continued

28  73289                                - 1 -
   STIPULATION AND ORDER FOR CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE
                              AND ADR DEADLINES

1 | accordingly.

2 | 3. Plaintiffs have granted an extension of time by which Defendants ASHTON
WOLFSON and TUKKO GAMES shall file a responsive pleading: until July 16, 2010.

DATED: 6/ 15 /2010

By _____
BENJAMIN C. GRAVES, attorney for
Defendants ASHTON WOLFSON and
TUKKO GAMES

DATED: 6/ 15 /2010

By _____
CYNTHIA E. GITT, attorney for Plaintiffs
DIGITAL MEDIA INTERNATIONAL, INC.,
and DIGITAL MEDIA EXCHANGE INC.

IT IS SO ORDERED:

DATED: 6/ 17 /2010

By _____
JUDICIAL OFFICER

73289

- 2 -

STIPULATION AND ORDER FOR CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES