Cynthia E. Gitt         State Bar No. 60369
cgitt@browngitt.com
Katarzyna W. Nowak      State Bar No. 256977
knowak@browngitt.com
**BROWN GITT LAW GROUP, LLP**
300 North Lake Avenue, Suite 200
Pasadena, California 91101
Telephone:  (626) 229-1919
Facsimile:   (626) 229-1917
Attorneys for Plaintiffs
DIGITAL MEDIA INTERNATIONAL, INC., and
DIGITAL MEDIA EXCHANGE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA INTERNATIONAL, INC., a foreign corporation, and DIGITAL MEDIA EXCHANGE, INC., a foreign corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>TUKKO GROUP LLC, a corporation, ALLAN LOCKE, an individual, dba TUKKO GAMES and *dba* TUKKO LABS, ASHTON WOLFSON, an individual, dba TUKKO GAMES and dba TUKKO LABS, et al.,<br><br>            Defendants. | CASE NO.:  3:10-CV-01341-SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANTS TUKKO GAMES AND *dba* TUKKO LABS AND ASHTON WOLFSON**<br><br>Action Filed:     March  30, 2010<br>Trial Date:       None Set |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Proc. 41(a),

Plaintiff voluntarily dismisses the above-captioned action without prejudice against

///

///

1   Defendant TUKKO GAMES and *dba* TUKKO LABS and Defendant ASHTON

2   WOLFSON only.

3   DATED:  August 16, 2010        BROWN GITT LAW GROUP, LLP

4

5

6                    By: _____

7                            CYNTHIA E. GITT

                           KATARZYNA W. NOWAK

8                            Attorneys for Plaintiffs

                           DIGITAL MEDIA INTERNATIONAL, INC.,

9                            and DIGITAL MEDIA EXCHANGE INC.

10

11

12

13

14                                        IT IS SO ORDERED

15

16                                       Judge Samuel Conti

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANTS TUKKO GAMES AND ASHTON WOLFSON

**PROOF OF SERVICE**

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 300 North Lake Avenue, Suite 200, Pasadena, California  91101.

3. I served copies of the following documents (specify the exact title of each document served):

**NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANTS TUKKO GAMES AND *dba* TUKKO LABS AND ASHTON WOLFSON**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

Benjamin C. Graves, Esq.
**Law Offices of Benjamin C. Graves**          Telephone:   (707) 284-1200
111 Santa Rosa Avenue, Suite 404              Facsimile:   (707) 324-6166
Santa Rosa, CA  95404                         E-Mail:
                                              benjamin.graves@bcglaw.net
*Attorneys for Tukko Games, Tukko Labs and Ashton Wolfson*

Anna M. Rossi, Esq.                           Telephone:   (510) 522-7900
**Law Offices of Anna M Rossi**               Facsimile:   (510) 522-7909
1120 Ballena Boulevard, Suite 100             E-Mail:  amrossi@amrossilaw.com
Alameda, CA  94501
*Attorneys for Allan Locke*

5. a. ☐ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ☒ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

      (1) ☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

-3-

(2) ☒  placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with first class postage fully prepaid.

☐  I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Pasadena, California.

c. ☐  **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d.  **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐  **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☒  **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6.  I served the documents by the means described in item 5 on *(date): **August 16, 2010.***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 8/16/10 | Rochelle E. Match | *Rochelle E. Match* |
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

-4-